UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| UNSECURED CREDITORS' COMMITTEE OF THE CHURCH EXTENSION OF THE CHURCH OF GOD, INC., | )<br>)<br>)<br>) |
| Intervening Plaintiffs, | ) CASE NO. 1:02-cv-1118-DFH-VSS |
| v. | )<br>) |
| CHURCH EXTENSION OF THE CHURCH OF GOD, INC., UNITED MANAGEMENT SERVICES, INC., JAMES PERRY GRUBBS, and SHEARON LOUIS JACKSON, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

SEPARATE FINAL JUDGMENT AGAINST DEFENDANT J. PERRY GRUBBS

The matter having been tried to a jury, and the jury having found against defendant J. Perry Grubbs, and the court having issued its entry on equitable and financial relief, the court hereby ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1.      Defendant J. Perry Grubbs is hereby PERMANENTLY ENJOINED from violating Section 17(a) of the Securities Act of 1933, as amended, Section 10(b) of

the Securities Exchange Act of 1934, as amended, and SEC Rule 10b-5, and from future service as an officer or director of any issuer of securities registered pursuant to 15 U.S.C. § 78$l$ or of any broker-dealer required to file reports pursuant to 15 U.S.C. § 78o(d).

2. Defendant J. Perry Grubbs shall pay to the Securities and Exchange Commission the sum of Forty-four Thousand Five Hundred Dollars ($44,500.00), plus simple interest at six percent per annum from December 31, 2001, as a disgorgement of unlawful profits.

3. Defendant J. Perry Grubbs shall pay to the Securities and Exchange Commission the further sum of One Hundred-twenty Thousand Dollars ($120,000.00) as a third-tier civil penalty.

Date: December 15, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
    Deputy Clerk, U.S. District Court

Copies to:

David T.B. Audley
CHAPMAN AND CUTLER
audley@chapman.com

Terence G. Banich, II
JENNER & BLOCK, LLD
tbanich@jenner.com

Brian C. Bosma
KROGER GARDIS & REGAS, LLP
bcb@kgrlaw.com

Ronald W. Buchmeier
HOPPER & BLACKWELL
rbuchmeier@hopperblackwell.com

Curtis J. Butcher
CURTIS J. BUTCHER & ASSOCIATES
curtisbutcherlaw@msn.com

Donald R. Carmody
CARMODY MCDONALD P.C.
120 South Central Avenue
Suite 1800
St. Louis, MO 63105

Tina K. Diamantopoulous
U.S. SECURITIES AND EXCHANGE COMMISSION
diamantopoulosk@sec.gov

Brian D. Gwitt
ICE MILLER
brian.gwitt@icemiller.com

John E. Hilton
CARMODY MACDONALD P.C.
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105-1726

Jay P. Kennedy
KROGER GARDIS & REGAS
jpk@kgrlaw.com

Thomas M. Knepper
KNEPPER & GLADNEY
tk@kg-legal.com

Kenneth A. Kroot
JENNER & BLOCK LLP
kkroot@jenner.com

Tricia A. Leminger
KROGER GARDIS & REGAS
tal@kgrlaw.com

Elliott D. Levin
RUBIN & LEVIN, PC
edl@rubin-levin.net

Steven Justin Levine
SECURITIES AND EXCHANGE COMMISSION
levines@sec.gov

Frederick V. Lochbihler
CHAPMAN & CUTLER
lochbihl@chapman.com

Jeff Jacob Marwil
JENNER & BLOCK LLC
jmarwil@jenner.com

Sue Figert Meyer
RUBIN & LEVIN
sue@rubin-levin.net

Susan K. Roberts
STUART & BRANIGIN LLP
skr@stuartlaw.com

Shelley Smith
JENNER & BLOCK LLC
ssmith@jenner.com

Brian I. Swett
JENNER & BLOCK, LLC
bswett@jenner.com

John Robert Weiss
KATTEN MUCHIN ROSENMAN LLP
john.weiss@kattenlaw.com

Thomas P. Yoder
BARRETT & MCNAGNY LLP
tpy@barrettlaw.com

Peter Jonathon Young
JENNER & BLOCK, LLC
pyoung@jenner.com